# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130036

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GALE MARVIN BEEMAN,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130036
COA: 265295
Muskegon CC: 04-050393-FH
04-050394-FH
04-050395-FH

_____/

On order of the Court, the application for leave to appeal the October 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

s0424

Clerk